IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON


UNITED STATES OF AMERICA

v.                                    CRIMINAL NO.  2:26-00063

CHARLES CAMERON STARCHER
XAVIER SUTTON

<u>**MEMORANDUM OPINION AND ORDER**</u>

Pending before the court is the motion of the defendant Charles Cameron Starcher for a continuance of the trial and all pretrial deadlines in this matter. (ECF No. 34.)  Counsel for defendant indicates that he needs additional time to review the government's initial discovery disclosures in order to decide what, if any, pretrial motions need to be filed. The government does not object to a continuance.

Because failure to grant the requested continuance would likely result in a miscarriage of justice, the court finds that the ends of justice outweigh the interest of the defendant and the public in a speedy trial, <u>see</u> 18 U.S.C. § 3161(h)(7)(A), and **GRANTS** defendant's motion to continue.  In deciding to grant defendant's motion, the court considered the factors outlined in 18 U.S.C. § 3161(h)(7)(B) and finds that denying the motion "would deny counsel for the defendant . . . the reasonable time necessary for effective preparation, taking into account the exercise of due diligence."  <u>Id.</u> § 3161(h)(7)(B)(iv).

Accordingly, the court hereby **ORDERS** as follows:[i]

1.  The deadline for the filing of pretrial motions is continued to September 4, 2026;

2.  The Pretrial Motions Hearing is continued to September 15, 2026, at 11:00 a.m. in Charleston;

3.  Jury Instructions and Proposed Voir Dire are due by September 29, 2026;

4.  Trial of this action is continued to October 6, 2026, at 9:30 a.m. in Charleston; and

5.  Pursuant to 18 U.S.C. § 3161(h)(7)(A), the time from the filing of the motion until the trial is excludable for purposes of the Speedy Trial Act.

The Clerk is directed to send a copy of this Memorandum Opinion and Order to all counsel of record, to the United States Marshal for the Southern District of West Virginia, and to the Probation Office of this court.

**IT IS SO ORDERED** this 15th day of June, 2026.

ENTER:

David A. Faber
Senior United States District Judge

---

[i] As no motion for severance has been granted, these new dates (and the court's findings regarding excludable time under the Speedy Trial Act) apply to defendant Xavier Sutton as well.

2